Bradley W. Petersen (#019943)
Amanda C. Sheridan (#027360)
docket@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Attorneys for Defendant
   ADESA PHOENIX, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Barbara Jean Rose, a single woman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADESA Phoenix, LLC, a foreign LLC; John Does and Jane Does I-V; Abc Corporations and/or Partnerships I-V, fictitious entities,<br><br>　　　　Defendants. | No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant ADESA Phoenix, LLC removes to this Court the state court action described below:

1.　On March 29, 2012, an action was commenced in the Superior Court of the State of Arizona, in and for the County of Maricopa, entitled: *Barbara Jean Rose v. Adesa Phoenix, LLC, a foreign LLC,* No. CV2012-006288. A true and correct copy of the Complaint is attached as Exhibit 1.

2.　Plaintiff initially filed a Certificate of Arbitration asserting that the action was subject to compulsory arbitration, and therefore the dollar limits of the amount of damages that Plaintiff sought were less than $50,000.00. A true and correct copy is attached as Exhibit 2.

3. ADESA Phoenix, LLC was served a copy of the Complaint and Summons on March 30, 2012. A copy of the Summons and Affidavit of Service is attached as Exhibit 3.

4. ADESA Phoenix, LLC filed its Answer and Affirmative Defenses on April 20, 2012. A true and correct copy of the Answer is attached as Exhibit 4.

5. ADESA Phoenix, LLC filed its Certificate of Arbitration on April 20, 2012, accepting Plaintiff's admission she was seeking less than $50,000.00 and agreeing that the case was subject to compulsory arbitration. A true and correct copy is attached as Exhibit 5.

6. ADESA Phoenix, LLC filed its Jury Demand on April 20, 2912. A true and correct copy is attached as Exhibit 6.

7. On May 4, 2012, the Superior Court issued a Notice of Appointment of Arbitrator appointing Craig W. Phillips. A true and correct copy of that Notice is attached as Exhibit 7.

8. On May 7, 2012, Plaintiff filed a Notice of Peremptory Strike striking Craig W. Phillips as arbitrator in this matter. A true and correct copy of that Notice is attached as Exhibit 8.

9. On May 18, 2012, the Superior Court issued a Notice of Appointment of Arbitrator appointing Michael D. Williams. A true and correct copy of that Notice is attached as Exhibit 9.

10. On May 22, 2012, Plaintiff filed an Amended Certificate of Arbitration, asserting that the action was not subject to compulsory arbitration, and therefore the dollar limits of the amount of damages that Plaintiff sought were more than $50,000.00. A true and correct copy is attached as Exhibit 10.

11. On May 24, 2012, ADEASA Phoenix, LLC propounded its' Request for Admissions to Plaintiff regarding the amount of damages she is seeking. On June 1, 2012, Plaintiff responded to said requests and admitted she was seeking more than $75,000.00 in damages, exclusive of interest and costs. While Defendant disputes that Plaintiff is

1  entitled to damages in excess of $75,000, even if successful on her claims, Plaintiff's Responses to ADESA Phoenix, LLC's Request for Admissions are sufficient to give Defendant cause to remove. A true and correct copy of her Response is attached as Exhibit 11.

12. On May 25, 2012, Counsel for the Plaintiff filed a Motion to Withdraw as Counsel of Record in this matter. Said Motion has not been ruled upon by the Superior Court. A true and correct copy of the Motion is attached as Exhibit 12.

13. Removal in this matter is timely under 28 U.S.C. § 1446(b)(3), because it is being filed within thirty (30) days after receipt of a copy of an "other paper from which it may first be ascertained that the case is one which is or has become removable." *See* 28 U.S.C. § 1446(b)(3).

14. ADESA Phoenix, LLC is a limited liability company whose sole member is ADESA New Jersey. ADESA New Jersey is a limited liability company whose sole member is ADESA, Inc., a Delaware corporation with its principal place of business in Indiana. When diversity is an issue, limited liability companies, like ADESA Phoenix, LLC, are to be treated like other unincorporated enterprises such that they are considered to have the same citizenship of their members, potentially including their member's members. *See Carden v. Arkoma Associates*, 494 U.S. 185, 195 (1990); *Johnson v. Columbia Properties Anchorage*, 437 F.3d 894, 899 (9th Cir. 2006). For diversity purposes ADESA Phoenix, LLC may be considered a citizen of Delaware or Indiana, but not Arizona.

15. Plaintiff is a resident and citizen of Arizona. *See* Compl., Ex. 1.

16. This is a civil action of which this Court has jurisdiction pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

1. 17. Defendant filed a Notice of Removal in Arizona Superior Court, County of Maricopa, a true and correct copy of which is attached as Exhibit 13.

WHEREFORE, Defendant requests that this Court assume full jurisdiction over the cause herein as provided by law.

DATED this 13th day of June, 2012.

                SNELL & WILMER L.L.P.

By /s/ Amanda C. Sheridan
    Bradley W. Petersen
    Amanda C. Sheridan
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Attorneys for Defendant
      ADESA PHOENIX, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John A. O'Neill
PETERSON JOHNSON, P.C.
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004

/s/ Katherine Hommel

15210828.1