Snell & Wilmer L.L.P.

# EXHIBIT 1

**PETERSEN JOHNSON, P.C.**
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004
(602) 650-1200

**John A. O'Neill (SBN 017411)**
*Attorneys for Plaintiff*

MICHAEL K. JEANES
Clerk of the Superior Court
By Patricia Sanders, Deputy
Date 03/29/2012 Time 15:14:43
Description                   Amount
--------- CASE# CV2012-006288 ---------
CIVIL NEW COMPLAINT            301.00

TOTAL AMOUNT                   301.00
                Receipt# 22067459

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BARBARA JEAN ROSE, a single woman, | CASE NO: |
| Plaintiff, | CV2012 006288 |
| vs. | |
| ADESA PHOENIX, LLC; JOHN DOES and JANE DOES, I - V, ABC CORPORATIONS and/or PARTNERSHIPS, I through V, fictitious entities, | COMPLAINT |
| Defendants. | (Tort - Non-Motor Vehicle) |

Plaintiff, for her cause of action, alleges:

1.     Plaintiff is a resident of Maricopa County, Arizona.

2.     The individual Defendants are residents of Maricopa County.

3.     ADESA PHOENIX, LLC, is a foreign limited liability company doing business in Maricopa County, Arizona.

4.     The identity of fictitiously named Defendants is presently unknown to Plaintiff and leave of Court will be sought to amend this Complaint once their identity is discovered.

5.     All Defendants caused an event to occur in Arizona. Venue is proper in Maricopa County.

6.     The amount in controversy satisfies the jurisdictional requirement of the Superior Court.

7.     The individual Defendants, if married, were at all times alleged acting on behalf of their marital community.

8.     At all times hereinafter mentioned, ADESA PHOENIX, LLC, operated an auto

1    auction located at 400 North Beck Avenue, Chandler.

2        9.    On or about April 7, 2010, Plaintiff was legally and lawfully upon the aforesaid

3    premises.

4        10.    On or about April 7, 2010, Plaintiff sustained serious and permanent physical injury

5    after a fall on the premises due to the negligence of ADESA PHOENIX, LLC, by allowing a

6    dangerous condition to exist on the premises.

7        11.    The resultant injuries to Plaintiff were caused solely by reason of the

8    negligence of Defendants, their agents, servants and/or employees in the operation, management,

9    maintenance, control, supervision and inspection of the aforesaid premises.

10        12.    As a result of the foregoing, Plaintiff was rendered disabled and her injuries are of

11    a permanent nature and character; that by reason thereof, she has been incapacitated from attending

12    to her usual tasks and duties, vocations and avocations and will, in the future, be so incapacitated.

13        13.    As a further direct and proximate result of the negligence of Defendants, Plaintiff has

14    incurred medical and related expenses for care and treatment and may incur such expenses in the

15    future.

16        **WHEREFORE**, Plaintiff requests judgment against Defendants as follows:

17        1.    For general damages in a fair and reasonable amount;

18        2.    For the amount of medical and related expenses incurred to date and to be

19    incurred in the future; and

20        3.    For the costs incurred in bringing this action; and

21        4.    For such other and further relief that the Court deems just and

22    proper.

23    **DATED** this _27th_ day of _MARCH_ 2012.

24

25    **PETERSEN JOHNSON, P.C.**

26

27    By _John A. O'Neill_
          John A. O'Neill
          Attorneys for Plaintiff

28

Petersen Johnson

2700 North Central Ave. Suite 1130    Phoenix, AZ. 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

Snell & Wilmer L.L.P.

# EXHIBIT 2

**PETERSEN JOHNSON, P.C.**
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004
(602) 650-1200

**John A. O'Neill (SBN: 017411)**
*Attorneys for Plaintiff*

MICHAEL K. JEANES, CLERK
BY
P. Sanders
FILED

12 MAR 29 PM 3: 15

## SUPERIOR COURT STATE OF ARIZONA

## COUNTY OF MARICOPA

BARBARA JEAN ROSE, a single woman,

    Plaintiff,

vs.

ADESA PHOENIX, LLC; JOHN DOES and
JANE DOES, I - V, ABC CORPORATIONS
and/or PARTNERSHIPS, I through V,
fictitious entities,

    Defendants.

NO:

CV2012 005288

**CERTIFICATE OF COMPULSORY
ARBITRATION**

Plaintiff, by and through undersigned counsel, certifies that she knows the dollar limits and any other limitations set forth by the Local Rules of Practice for the applicable Superior Court, and further certify that this case is subject to Compulsory Arbitration as provided by Rules 72 through 77, *Arizona Rules of Civil Procedure*.

DATED this __28th__ day of __MARCH__ 2012.

**PETERSEN JOHNSON, P.C.**

By _____
John A. O'Neill
Attorneys for Plaintiff

Snell & Wilmer L.L.P.

# EXHIBIT 3

**PETERSEN JOHNSON, P.C.**
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004
(602) 650-1200

**John A. O'Neill (SBN 017411)**
*Attorneys for Plaintiff*

MICHAEL K. JEANES, CLERK
RECEIVED DCH
DOCUMENT DEPOSITORY

12 APR -4  PM 2: 23

ORIGINAL

BY C. Cul.  FILED

, DEP.

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BARBARA JEAN ROSE, a single woman, | NO. |
| Plaintiff, | |
| vs. | CV2012 006288 |
| ADESA PHOENIX, LLC; JOHN DOES and JANE DOES, I - V, ABC CORPORATIONS and/or PARTNERSHIPS, I through V, fictitious entities, | **S U M M O N S** |
| | If you would like legal advice from a lawyer, contact the Lawyer Referral Service at |
| Defendants. | **602-257-4434** or www.lawyerfinders.org. |
| | Sponsored by the Maricopa County Bar Association |

THE STATE OF ARIZONA TO THE DEFENDANT:

**ADESA PHOENIX, LLC**
**c/o Corporation Service Company, Statutory Agent**
**2338 West Royal Palm Road**
**Suite J**
**Phoenix, Arizona 85021**

YOU ARE HEREBY SUMMONED and required to appear and defend, within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer to plead until expiration of 40 days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of receipt by the party being served. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return, RCP 4; ARS Sections 20-222, 28-502, 28-503.

Copies of the pleadings filed herein may be obtained by contacting the Clerk of the Superior Court, located at Copies of the pleadings filed herein may be obtained by contacting the Clerk of the Superior Court's Customer Service Center located at 601 West Jackson Street, Phoenix, Arizona.

Petersen Johnson

Phoenix, AZ. 85004-1151
(602) 650-1200 (602) 650-1166 (FAX)

2700 North Central Ave. Suite 1130

1

2    YOU ARE HEREBY NOTIFIED THAT IN CASE OF YOUR FAILURE TO APPEAR AND DEFEND WITHIN THE TIME APPLICABLE, JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.    REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST THREE (3) WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

3

4

5

6    YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of the Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiffs' attorney. RCP 10(d); ARS Section 12-311, RCP 5.

7

8

9    The name and address of Plaintiff's attorney is:

10   John A. O'Neill
     **PETERSEN JOHNSON, P.C.**
     2700 North Central Avenue, Suite 1130

11   Phoenix, Arizona 85004

12

13                    SIGNED AND SEALED THIS DATE:
                      MAR 2 9 2012

14                    MICHAEL K. JEANES, CLERK



15                    MICHAEL K. JEANES, CLERK

16                    By

17                    Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28

*Left margin:*
Petersen Johnson
2700 North Central Ave.  Suite 1130    Phoenix, AZ. 85004-1151    (602) 650-1200   (602) 650-1166 (FAX)



**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 10181365
Client: ROSE

MICHAEL K. JEANES, CLERK
RECEIVED OCH
DOCUMENT DEPOSITORY

12 APR -4 PM 2: 28

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

FILED

BY _____, DEP.

BARBBARA JEAN ROSE; et al.,
        Petitioner/Plaintiff(s),

vs.

CASE #: CV2012-006288

ADESA PHOENIX; et al.,
        Respondent/Defendant(s).

AFFIDAVIT OF SERVICE

___**Jason Stoor**___, the undersigned, certifies under penalty of perjury: I am a registered private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received the following documents in this action:
**COMPLAINT, SUMMONS, CERTIFICATE OF COMPULSORY ARBITRATION.**

from ___**JOHN A. O'NEILL** with **PETERSEN JOHNSON, PC**___ located in Phoenix, AZ on ___3/29/2012___. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in PHOENIX, ARIZONA.

**NAME:**    **ADESA PHOENIX, LLC C/O CORPORATION SERVICE COMPANY**

**DATE & TIME\*:**    3/30/2012 @ 15:57
**ADDRESS:**    2338 W Royal Palm Rd Ste J, Phoenix, Arizona 85021,
**MANNER:**    by serving Nina Nason, Service Of Process Clerk, a person authorized to accept service.
**DESCRIPTION:**

Jason Stoor, #7359

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 25.60 |
| RUSH FEES | $ |
| ADD. MILEAGES | $ |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 51.60** |

State of **ARIZONA**    )
             ) ss.
County of **MARICOPA**    )

Subscribed and sworn before me on April 3, 2012.

_____
NOTARY PUBLIC

My Commission expires:

ALICIA RAMIREZ
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
August 29, 2015

\* Time of service is reflected in Military Time.

Snell & Wilmer L.L.P.

# EXHIBIT 4

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Tina Hays
Filing ID 1257794
4/20/2012 1:37:00 PM

1   Bradley W. Petersen (#019943)
    bpetersen@swlaw.com
2   Amanda C. Sheridan (#027360)
    asheridan@swlaw.com
3   SNELL & WILMER L.L.P.
    One Arizona Center
4   400 E. Van Buren
    Phoenix, AZ  85004-2202
5   Telephone:  (602) 382-6000
    Facsimile:  (602) 382-6070
6   Attorneys for Defendant
      ADESA Phoenix, LLC

7

8                    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                       IN AND FOR THE COUNTY OF MARICOPA

10  BARBARA JEAN ROSE, a single woman,

11                      Plaintiff,                 No. CV2012-006288

12  v.                                             **ANSWER TO PLAINTIFF'S
                                                   COMPLAINT AND AFFIRMATIVE
13  ADESA PHOENIX, LLC, a foreign LLC;             DEFENSES**
    JOHN DOES AND JANE DOES, I-V;
14  ABC CORPORATIONS AND/OR                        (The Hon. Robert Oberbillig)
    PARTNERSHIPS, I-V, fictitious entities,
15
                        Defendants.
16

17         Defendant ADESA Phoenix, LLC ("ADESA" or "Defendant") answers Plaintiff's

18  Complaint as follows:

19         1.      Answering paragraph 1, Plaintiff's allegations are directed at parties other

20  than the Defendant such that Defendant lacks knowledge or information sufficient to form

21  a belief regarding the truth of these allegations and therefore denies same.

22         2.      Answering paragraph 2, Defendant is not sure what Plaintiff means by

23  "individual Defendants" because there are no named defendants except ADESA, which is

24  the subject of paragraph 3.  The remaining defendants are fictitious individuals or entities,

25  which are the subject of paragraph 4.  Thus, there are no "individual Defendants" named

26  which are not addressed in the following paragraphs.  Because paragraph 2 is vague and

27  ambiguous, Defendant lacks knowledge or information sufficient to form a belief

28  regarding the truth of these allegations and therefore denies same.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1      3.      Answering paragraph 3, Defendant ADESA Phoenix, LLC admits it is a

2  foreign limited liability company, operating under the laws of the United States, and doing

3  business in Maricopa County, Arizona.

4      4.      Answering paragraph 4, these allegations pertain to fictitious entities, and

5  Defendant is therefore without knowledge or information sufficient to form a belief

6  concerning the truth of the allegations.  Defendant denies that it is liable to Plaintiff,

7  jointly or severally, for the actions of any of the fictitious entities.

8      5.      Answering paragraph 5, Defendant admits that venue is proper.  Defendant

9  denies any remaining allegations.

10      6.      Answering paragraph 6, Defendant admits that the amount alleged to be in

11  controversy exceeds the minimum jurisdictional limits of this Court.

12      7.      Answering paragraph 7, regarding "individual Defendants," Defendant

13  refers to and incorporates its answer to paragraph 2.

14      8.      Answering paragraph 8, Defendant admits that on April 7, 2010, it operated

15  an auto auction business located at 400 North Beck Avenue in Chandler, Arizona.

16      9.      Answering paragraph 9, to the extent these allegations call for a legal

17  conclusion, Defendant denies it is required to respond.  Defendant further submits it is still

18  investigating these allegations.  However, Defendant admits that on April 7, 2010, the

19  Plaintiff was on the premises of 400 North Beck Avenue in Chandler, Arizona.  Defendant

20  denies all remaining allegations.

21      10.      Answering paragraph 10, to the extent these allegations call for a legal

22  conclusion, Defendant denies it is required to respond.  Defendant further submits it is

23  still investigating these allegations.  However, Defendant admits that an incident occurred

24  on April 7, 2010 in which Plaintiff fell at 400 North Beck Avenue, Chandler, Arizona.

25  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

26  allegations regarding the extent of the Plaintiff's injuries or damages and therefore denies

27  same.  Defendant denies it was negligent or contributed to Plaintiff's fall in any way.

28  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 2 -

1    remaining allegations and therefore is without sufficient knowledge or information to

2    admit or deny at this time.

3        11.    Answering paragraph 11, to the extent these allegations call for a legal

4    conclusion, Defendant denies it is required to respond. Defendant denies that any act or

5    omissions on the part of the Defendant, its agents, servants and/or employees caused or

6    contributed to cause some or all of the Plaintiff's alleged injuries or damages. As to any

7    remaining allegations, Defendant is still investigating these allegations and is currently

8    without sufficient knowledge or information to admit or deny and therefore deny same.

9        12.    Answering paragraph 12, Defendant lacks knowledge or information

10   sufficient to form a belief as to the truth of the allegations regarding the extent of the

11   Plaintiff's injuries or damages and therefore denies same.

12       13.    Answering paragraph 13, Defendant denies that any act or omissions on the

13   part of the Defendant, its agents, servants and/or employees caused or contributed to

14   cause some or all of the Plaintiff's alleged injuries or damages. Defendant further

15   submits that it lacks knowledge or information sufficient to form a belief as to the truth

16   of the allegations regarding the extent of the Plaintiff's injuries or damages and therefore

17   denies same.

18       **ADDITIONAL DENIALS**

19       14.    Defendant denies each and every allegation of the Complaint not expressly

20   admitted or otherwise pleaded to.

21       **SEPARATE, ALTERNATIVE AND AFFIRMATIVE DEFENSES**

22       Defendant alleges as affirmative defenses the following:

23       1.    The injuries and damages claimed by Plaintiff may not have been caused by

24   Defendant, but rather have resulted from preceding, superseding and/or intervening causes

25   over which Defendant had no control.

26       2.    Defendant alleges that some or all of the damages, if any, sustained or

27   incurred by the Plaintiff may be the result of, and were caused solely and proximately by,

28   the act, fault, conduct or negligence of persons or entities other than the Defendant,

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1   including but not limited to, the Plaintiff through her own negligence, fault, act or conduct

2   which was of a character as not reasonably to be expected to happen in the natural

3   sequence of events; and such negligence, fault, act or conduct was the independent,

4   intervening, and superseding cause, and therefore, the sole proximate cause of any such

5   damages, thus relieving the Defendant of any liability.

6       3.      Defendant alleges that Plaintiff's alleged injuries and damages, if any, may

7   have been caused, in whole or in part, by the conduct of others for whom Defendant is not

8   responsible and Defendant's liability, if any, should be limited to its own fault.

9   Consequently, pursuant to A.R.S. §§ 12-2503 and 12-2506, the relative degree of fault of

10  all parties and nonparties must be determined and apportioned as a whole or at one time

11  by the trier of fact.

12      4.      Defendant alleges that the Plaintiff may have failed to mitigate her damages.

13      5.      Defendant alleges that, to the extent Plaintiff's alleged injuries and damages

14  were caused directly, solely, and proximately by sensitivities, medical conditions, and

15  idiosyncrasies peculiar to Plaintiff not found in the general public, they were unknown,

16  unknowable, or not reasonably foreseeable to Defendant.

17      6.      Defendant alleges that Plaintiff's claims may be barred, in whole or in part,

18  by the doctrines of assumption of risk, unclean hands, waiver, estoppel, and/or laches.

19      Defendant expressly preserves and does not knowingly or intentionally waive any

20  of the other affirmative defenses set forth in Rule 8 of the Arizona Rules of Civil

21  Procedure which discovery may reveal to be applicable, or any other matter constituting

22  an avoidance or affirmative defense.

23      WHEREFORE, having fully answered and defended, Defendant requests:

24      A.      Plaintiff's Complaint be dismissed with prejudice and that Plaintiff takes

25  nothing thereby;

26      B.      Defendant be awarded its costs incurred in connection with the defense of

27  this action;

28      C.      Interest on the foregoing sums at the highest rate allowable at law; and

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 4 -

1    D.    Such other and further relief as the Court deems appropriate.

2    DATED this 20th day of April, 2012.

3                    SNELL & WILMER L.L.P.

4

5                    By    /s/ Amanda C. Sheridan

6                        Bradley W. Petersen
                         Amanda Sheridan
7                        One Arizona Center
                         400 E. Van Buren
8                        Phoenix, AZ  85004-2202
                         Attorneys for Defendant
9                           ADESA Phoenix, LLC

10   ORIGINAL of the foregoing e-filed
     this 20th day of April, 2012.
11
     COPY of the foregoing served by
12   mail this 20th day of April, 2012 to:

13   John A. O'Neill
     PETERSON JOHNSON, P.C.
14   2700 North Central Avenue, Suite 1130
     Phoenix, Arizona 85004
15

16   /s/ Katherine Hommel
     14854753.2
17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer L.L.P.

# EXHIBIT 5

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Michelle Paigen
Filing ID 1257814
4/20/2012 1:45:00 PM

1  Bradley W. Petersen (#019943)
   bpetersen@swlaw.com
2  Amanda C. Sheridan (#027360)
   asheridan@swlaw.com
3  SNELL & WILMER L.L.P.
   One Arizona Center
4  400 E. Van Buren
   Phoenix, AZ 85004-2202
5  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
6  Attorneys for Defendant
     ADESA Phoenix, LLC

7

8            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9              IN AND FOR THE COUNTY OF MARICOPA

10  BARBARA JEAN ROSE, a single woman,        No. CV2012-006288

11                  Plaintiff,                **DEFENDANT ADESA PHOENIX,**
                                              **LLC'S CERTIFICATE OF**
12  v.                                        **COMPULSORY ARBITRATION**

13  ADESA PHOENIX, LLC, a foreign LLC;
    JOHN DOES AND JANE DOES, I-V;             (The Hon. Robert Oberbillig)
14  ABC CORPORATIONS AND/OR
    PARTNERSHIPS, I-V, fictitious entities,

15
                    Defendants.
16

17

18          Pursuant to Arizona Rule of Civil Procedure 72 and Local Rule 3.10(c), Defendant

19  ADESA Phoenix, LLC ("ADESA") files this Certificate.

20          Under Rule 72 and Local Rule 3.10(c), cases filed in Maricopa County must be

21  submitted to compulsory alternative dispute resolution only when "No party seeks an

22  award in excess of the jurisdictional limit [of $50,000.00.]"  Plaintiff's Complaint is silent

23  as to the amount of damages, but Plaintiff's Certificate Regarding Arbitration states that

24  the case is subject to compulsory alternative dispute resolution.  Thus, ADESA will accept

25  Plaintiff's admission that she is not seeking an award in excess of $50,000.00.    ADESA

26  has expressly and justifiably relied on Plaintiff's Certificate and her admission and do not

27  controvert Plaintiff's Certificate at this time.

28

1    DATED this 20th day of April, 2012.

2                          SNELL & WILMER L.L.P.

3

4                          By   s/ Amanda C. Sheridan
                                Bradley W. Petersen
                                Amanda Sheridan
5                               One Arizona Center
                                400 E. Van Buren
6                               Phoenix, AZ  85004-2202
                                Attorneys for Defendant
7                                  ADESA Phoenix, LLC

8    ORIGINAL of the foregoing e-filed
     this day 20th of April, 2012.
9

     COPY of the foregoing served by
10   mail this 20th day of April, 2012 to:

11   John A. O'Neill
     PETERSON JOHNSON, P.C.
12   2700 North Central Avenue, Suite 1130
     Phoenix, Arizona 85004
13

     /s/ Katherine Hommel
14   14923311.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Snell & Wilmer L.L.P.

# EXHIBIT 6

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Michelle Paigen
Filing ID 1257833
4/20/2012 1:53:00 PM

1  Bradley W. Petersen (#019943)
   bpetersen@swlaw.com
2  Amanda C. Sheridan (#027360)
   asheridan@swlaw.com
3  SNELL & WILMER L.L.P.
   One Arizona Center
4  400 E. Van Buren
   Phoenix, AZ 85004-2202
5  Telephone: (602) 382-6000
   Facsimile: (602) 382-6070
6  Attorneys for Defendant
     ADESA Phoenix, LLC

7

8              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                  IN AND FOR THE COUNTY OF MARICOPA

10  BARBARA JEAN ROSE, a single woman,        No. CV2012-006288

11                Plaintiff,                   **DEFENDANT ADESA PHOENIX,**
                                              **LLC'S JURY DEMAND**
12  v.

13  ADESA PHOENIX, LLC, a foreign LLC;        (The Hon. Robert Oberbillig)
    JOHN DOES AND JANE DOES, I-V;
14  ABC CORPORATIONS AND/OR
    PARTNERSHIPS, I-V, fictitious entities,
15
                  Defendants.
16

17

18          Pursuant to Rule 38(b), Arizona Rules of Civil Procedure, Defendant ADESA

19  Phoenix, LLC, through undersigned counsel, hereby demands a trial by jury on all issues

20  so triable.

21          DATED this 20th day of April, 2012.

22                               SNELL & WILMER L.L.P.

23

24                         By   /s/ Amanda C. Sheridan
                                Bradley W. Petersen
25                              Amanda Sheridan
                                One Arizona Center
26                              400 E. Van Buren
                                Phoenix, AZ 85004-2202
27                              Attorneys for Defendant
                                  ADESA Phoenix, LLC
28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

1   ORIGINAL of the foregoing e-filed
    this day 20th of April, 2012.

2

3   COPY of the foregoing served by
    mail this 20th day of April, 2012 to:

4   John A. O'Neill
    PETERSON JOHNSON, P.C.

5   2700 North Central Avenue, Suite 1130
    Phoenix, Arizona 85004

6

7   /s/ Katherine Hommel
    SHERIDA\SWDMS\14923638.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 2 -

Snell & Wilmer L.L.P.

# EXHIBIT 7

| Office Distribution |
|---|

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
05/04/2012
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

05/04/2012                    COURT ADMINISTRATION

**Case Number:** CV2012-006288

**Barbara Jean Rose**

**V.**

**Adesa Phoenix L L C**

This matter is currently assigned to the Arbitrator CRAIG W PHILLIPS, under the supervision of the Honorable Robert Oberbillig, Tort Non-Motor Vehicle (Negligence)

### NOTICE OF APPOINTMENT OF ARBITRATOR

CRAIG W PHILLIPS (009245) has been selected to serve as arbitrator for the above - captioned case, which appointment is effective on 05/04/2012. In accordance with the Arizona Rules of Civil Procedure, an arbitrator may be excused from service upon a showing of good cause by written application to the Arbitration Judge, ENDORSING ALL PARTIES [ Rule 73 (d) (1) and (3) ]. An arbitrator may be disqualified for cause upon motion of either party to the judge assigned to the case [ Rule 73 (d) (2) ].

Pursuant to Rule 73 (c) (4), either side may peremptorily strike the assigned arbitrator by filing the original Notice of Strike with the Clerk of Court within ten (10) days from the date of this Notice, ENDORSING ALL PARTIES, THE ASSIGNED ARBITRATOR, AND CIVIL COURT ADMINISTRATION.

The hearing shall commence on or before 09/03/2012, one hundred and twenty days (120) from the date of this Notice [ Rule 74 (b) ]. The arbitrator may obtain the case file from the Clerk of Court's Electronic Court Record OnLine (ECR Online) by emailing a copy of the Notice of Appointment of Arbitrator to the eFile e-mail address at: efilesupport@cosc.maricopa.gov or fax to 602-372-8751. If you are not registered for the Electronic Court Record (ECR) you will need to log on and register at: https://ecr.clerkofcourt.maricopa.gov/login.aspx.

According to rule.74 (c), Motions shall be referred to the arbitrator until arbitration proceedings are concluded except: (A) motions to continue on the inactive calendar or otherwise extend time allowed under rule 38.1, (B) Motions to consolidate cases under Rule 42, (C) motions to dismiss, (D) motions to withdraw as attorney of record under Rule 5.1 of these rules, or (E) motions for summary judgment that, if granted would dispose of the case as to any party. PARTIES ARE REMINDED THAT ORIGINALS OF ALL PLEADINGS SHALL BE FILED WITH THE CLERK'S OFFICE AND COPIES FORWARDED TO THE ARBITRATOR RATHER THAN THE ASSIGNED JUDGE.

---

**ATTENTION:** As of August 16, 2011, all civil documents must be e-filed through AZ Turbo Court at: www.azturbocourt.gov. Arbitrator's, for your convenience the arbitration packet containing forms and instructions is located at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/Arbitration/arbitLinks.asp. The court will not mail a copy of the packet to the arbitrator assigned unless requested by the arbitrator. If you do not have web access you can receive a packet by calling 602-506-3850.

---

## Superior Court of Maricopa County - integrated Court Information System
### Arbitrator Party Listing
Case Number: CV2012-006288

| Party Name | Party Role | Attorney Name | Bar ID |
|---|---|---|---|
| CRAIG W PHILLIPS | Arbitrator | | Bar ID: 009245 |
| Adesa Phoenix L L C | DF | Amanda C Sheridan | Bar ID: 027360 |
| Barbara Jean Rose | PL | John A O'Neill | Bar ID: 017411 |

Snell & Wilmer L.L.P.

# EXHIBIT 8

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Kelle Dyer
Filing ID 1276598
5/7/2012 2:18:00 PM

1   **PETERSEN JOHNSON, P.C.**
    2700 North Central Avenue, Suite 1130
2   Phoenix, Arizona 85004
    (602) 650-1200
3   administration@petersenjohnson.com

4   **John A. O'Neill  (SBN: 017411)**
    *Attorneys for Plaintiff*

5
                    **SUPERIOR COURT OF ARIZONA**
6
                          **MARICOPA COUNTY**
7

8   BARBARA JEAN ROSE, a single          CASE NO.: CV2012-006288
    woman,
9
            Plaintiff,                    **NOTICE OF PEREMPTORY STRIKE**
10
        vs.
11                                        (Hon. Robert Oberbillig)

12  ADESA PHOENIX, LLC;  JOHN DOES
    and JANE DOES, I - V, ABC
13  CORPORATIONS and/or
    PARTNERSHIPS, I through V, fictitious
14  entities,

15          Defendants.

16

17          Pursuant to 73(c)(4), *Arizona Rules of Civil Procedure,* Plaintiff, by and through

18  undersigned counsel, hereby files this notice striking Craig W. Phillips as arbitrator in the

19  captioned matter.

20

21  **RESPECTFULLY SUBMITTED** this _7th_ day of May 2012.

22

23                                       **PETERSEN JOHNSON, P.C.**

24
                                         By _____
25                                            John A. O'Neill
                                              Attorneys for Plaintiff
26

27

28

Petersen
Johnson
2700 North Central Ave.  Suite 1130    Phoenix, AZ. 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

1   **ORIGINAL** of the foregoing e-filed
2   this _____ day of May 2012 with:

3   Clerk of the Superior Court
    Maricopa County Superior Court
    201 West Jefferson Street
4   Phoenix, AZ 85003

5   **COPY** of the foregoing mailed
6   this _____ day of May 2012 to:

7   Amanda C. Sheridan
    Snell & Wilmer
8   One Arizona Center
    400 East Van Buren Street
9   Phoenix, AZ 85004
    Attorneys for Defendants

10  Craig W. Phillips
11  Lewis and Roca, LLP
    40 North Central Avenue, Suite 1900
12  Phoenix, AZ 85004
    Arbitrator

13  By
14      Luisa E. Unger

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Petersen Johnson

2700 North Central Ave. Suite 1130    Phoenix, AZ  85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

Snell & Wilmer L.L.P.

# EXHIBIT 9

| Office Distribution | SUPERIOR COURT OF ARIZONA MARICOPA COUNTY | **FILED** 05/18/2012 by Superior Court Admin on behalf of Clerk of the Superior Court |
|---|---|---|

05/18/2012                          COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2012-006288

**Barbara Jean Rose**

**V.**

**Adesa Phoenix L L C**

This matter is currently assigned to the Arbitrator Michael D Williams, under the supervision of the Honorable Robert Oberbillig, Tort Non-Motor Vehicle (Negligence)

### NOTICE  OF  APPOINTMENT  OF  ARBITRATOR

Michael D Williams (014297) has been selected to serve as arbitrator for the above - captioned case, which appointment is effective on 05/18/2012. In accordance with the Arizona Rules of Civil Procedure, an arbitrator may be excused from service upon a showing of good cause by written application to the Arbitration Judge, ENDORSING ALL PARTIES [ Rule 73 (d) (1) and (3) ]. An arbitrator may be disqualified for cause upon motion of either party to the judge assigned to the case [ Rule 73 (d) (2) ].

Pursuant to Rule 73 (c) (4), either side may peremptorily strike the assigned arbitrator by filing the original Notice of Strike with the Clerk of Court within ten (10) days from the date of this Notice , ENDORSING ALL PARTIES, THE ASSIGNED ARBITRATOR, AND CIVIL COURT ADMINISTRATION.

The hearing shall commence on or before 09/17/2012, one hundred and twenty days (120) from the date of this Notice [ Rule 74 (b) ]. The arbitrator may obtain the case file from the Clerk of Court's Electronic Court Record OnLine (ECR Online) by emailing a copy of the Notice of Appointment of Arbitrator to the eFile e-mail address at: efilesupport@cosc.maricopa.gov or fax to 602-372-8751. If you are not registered for the Electronic Court Record (ECR) you will need to log on and register at: https://ecr.clerkofcourt.maricopa.gov/login.aspx.

According to rule 74 (c), Motions shall be referred to the arbitrator until arbitration proceedings are concluded except: (A) motions to continue on the inactive calendar or otherwise extend time allowed under rule 38.1, (B) Motions to consolidate cases under Rule 42, (C) motions to dismiss, (D) motions to withdraw as attorney of record under Rule 5.1 of these rules, or (E) motions for summary judgment that, if granted would dispose of the case as to any party. PARTIES ARE REMINDED THAT ORIGINALS OF ALL PLEADINGS SHALL BE FILED WITH THE CLERK'S OFFICE AND COPIES FORWARDED TO THE ARBITRATOR RATHER THAN THE ASSIGNED JUDGE.

ATTENTION: As of August 16, 2011, all civil documents must be e-filed through AZ Turbo Court at: www.azturbocourt.gov. Arbitrator's, for your convenience the arbitration packet containing forms and instructions is located at: http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/Arbitration/arbitLinks.asp. The court will not mail a copy of the packet to the arbitrator assigned unless requested by the arbitrator. If you do not have web access you can receive a packet by calling 602-506-3850.

# Superior Court of Maricopa County - integrated Court Information System
## Arbitrator Party Listing
Case Number: CV2012-006288

| Party Name | Party Role | Attorney Name | |
|---|---|---|---|
| Michael D Williams | Arbitrator | | Bar ID: 014297 |
| Adesa Phoenix L L C | DF | Amanda C Sheridan | Bar ID: 027360 |
| Barbara Jean Rose | PL | John A O'Neill | Bar ID: 017411 |

Snell & Wilmer L.L.P.

# EXHIBIT 10

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Suzanne Lambries
Filing ID 1295450
5/22/2012 11:01:00 AM

**PETERSEN JOHNSON, P.C.**
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004
(602) 650-1200

**John A. O'Neill (SBN: 017411)**
*Attorneys for Plaintiff*

## SUPERIOR COURT STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| BARBARA JEAN ROSE, a single woman,<br><br>    Plaintiff,<br><br>vs.<br><br>ADESA PHOENIX, LLC; JOHN DOES and JANE DOES, I - V, ABC CORPORATIONS and/or PARTNERSHIPS, I through V, fictitious entities,<br><br>    Defendants. | NO: CV2012-006288<br><br><br>**AMENDED CERTIFICATE OF COMPULSORY ARBITRATION** |

Plaintiff, by and through undersigned counsel, certifies, by amendment, that she knows the dollar limits and any other limitations set forth by the Local Rules of Practice for the applicable Superior Court, and further certifies, by amendment, that this case is **NOT** subject to Compulsory Arbitration as provided by Rules 72 through 77, *Arizona Rules of Civil Procedure*.

DATED this 22ᴺᴰ day of _MAY_ 2012.

PETERSEN JOHNSON, P.C.

By _____
John A. O'Neill
Attorneys for Plaintiff

*Petersen Johnson*
*Phoenix, AZ. 85004-1151*
*(602) 650-1200  (602) 650-1166 (FAX)*
*2700 North Central Ave. Suite 1130*

**ORIGINAL** of the foregoing e-filed
this _22nd_ day of May 2012 with:

Clerk of the Court
Maricopa County Superior Court

**COPIES** of the foregoing mailed
this _22nd_ day of May 2012 to:

Amanda C. Sheridan
Snell & Wilmer
One Arizona Center
400 East Van Buren Street
Phoenix, AZ 85004
Attorneys for Defendants

Michael D. Williams, JD, CPA
14350 North Frank Lloyd Wright Blvd, Suite 1
Scottsdale, AZ 85260-8843
Arbitrator

By _Kara L. McHugh_

Petersen
Johnson

Phoenix, AZ. 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

2700 North Central Ave.  Suite 1130

Snell & Wilmer L.L.P.

# EXHIBIT 11

1    **PETERSEN JOHNSON, P.C.**
     2700 North Central Avenue, Suite 1130
2    Phoenix, Arizona 85004
     (602) 650-1200
3    administration@petersenjohnson.com

4    **John A. O'Neill (SBN: 017411)**
     *Attorneys for Plaintiff*

5                    **SUPERIOR COURT OF ARIZONA**

6                        **MARICOPA COUNTY**

7

8    BARBARA JEAN ROSE, a single          NO: CV2012-006288
     woman,
9                                          **PLAINTIFF'S RESPONSES TO**
            Plaintiff,                     **DEFENDANTS' REQUESTS FOR**
10   vs.                                   **ADMISSION**

11   ADESA PHOENIX, LLC;  JOHN DOES
     and JANE DOES, I - V, ABC             (Hon. Robert Oberbillig)
12   CORPORATIONS and/or
     PARTNERSHIPS, I through V, fictitious (Michael D. Williams – Arbitrator)
13   entities,

14          Defendants.

15

16          Pursuant to Rules 36, *Arizona Rules of Civil Procedure*, Plaintiff Barbara Jean Rose

17   herein responds to Defendants' Requests for Admission.

18

19                    **REQUESTS FOR ADMISSION**

20

21   **REQUEST FOR ADMISSION NO. 1:**

22          Admit that you are seeking an award of damages which is less than $50,000.00.

23   **RESPONSE:**              **DENY**

24   **REQUEST FOR ADMISSION NO. 2:**

25          Admit that you are seeking an award of damages which is more than $50,000.00.

26   **RESPONSE:**              **ADMIT**

27

28

Petersen Johnson

2700 North Central Ave.  Suite 1130     Phoenix, AZ. 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

**REQUEST FOR ADMISSION NO. 3:**

Admit that the amount in controversy for this case is less than $75,000.00, exclusive of interest and costs.

**RESPONSE:**                **DENY**

**REQUEST FOR ADMISSION NO. 4:**

Admit that the amount in controversy for this case is more than $75,000.00, exclusive of interest and costs.

**RESPONSE:**                **ADMIT**

**REQUEST FOR ADMISSION NO. 5:**

Admit that you are seeking an award of damages which is less than $75,000.00.

**RESPONSE:**                **DENY**

**REQUEST FOR ADMISSION NO. 6:**

Admit that you are seeking an award of damages which is more than $75,000.00.

**RESPONSE:**                **ADMIT**

**DATED** this _1st_ day of June 2012.

PETERSEN JOHNSON, P.C.

By _____
John A. O'Neill
Attorneys for Plaintiff

Date Due:  July 3, 3012

**ORIGINAL** of the foregoing mailed this _1st_ day of June 2012 to:

Amanda C. Sheridan
Snell & Wilmer
One Arizona Center
400 East Van Buren Street
Phoenix, AZ 85004
Attorneys for Defendants

By _____
Luisa E. Unger

- 2 -

Petersen Johnson

2700 North Central Ave.  Suite 1130    Phoenix, AZ 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

# V E R I F I C A T I O N

**BARBARA JEAN ROSE** declares under penalty of perjury that the foregoing is true

and correct and states as follows:

That she is the Plaintiff in *ROSE V. ADESA PHOENIX, LLC , CV2012-006288*

and upon which the  following document was served:

**Plaintiff's Responses to Requests for Admission**

That she has read and knows the contents thereof and the same are true to her own

knowledge except for those matters therein stated on information and belief, and as to such

matters, she believes them to be true.


Dated:  6 - 1 - 202

**BARBARA JEAN ROSE**
Plaintiff

Snell & Wilmer L.L.P.

# EXHIBIT 12

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
Tina Hays
Filing ID 1300945
5/25/2012 12:42:00 PM

**PETERSEN  JOHNSON, P.C.**
2700 North Central Avenue, Suite 1130
Phoenix, Arizona  85004
(602) 650-1200
administration@petersenjohnson.com

**John A. O'Neill  SBN: 017411**
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BARBARA JEAN ROSE, a single woman, | CASE NO.: CV2012-006288 |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| ADESA PHOENIX, LLC;  JOHN DOES and JANE DOES,I - V, ABC CORPORATIONS and/or PARTNERSHIPS, I through V, fictitious entities, | (Hon. Robert Oberbillig) |
| Defendants. | (Michael D. Williams – Arbitrator) |

Pursuant to Rule 5.1(a)(2), *Arizona Rules of Civil Procedure*, Plaintiff's counsel herein moves the Court for an Order allowing the law firm of Petersen Johnson, P.C. and attorney John A. O'Neill to withdraw as Attorneys of Record for Plaintiff Barbara Jean Rose. Counsel seeks to withdraw on the grounds that counsel and client have irreconcilable differences on the value of Plaintiff's claim and disagree as to the strategy of the case.

Moreover, defense counsel has determined it will remove the case to federal court on diversity grounds and amount in controversy.  Petersen Johnson, P.C., does not practice in federal court.

Undersigned counsel has informed Plaintiff in writing of his intention to withdraw, and has also informed her of the status of her case and pending appearance dates.  In doing so, undersigned counsel has fulfilled the requirements of the governing law.

WHEREFORE, undersigned counsel respectfully requests the Court enter an Order

Petersen Johnson
2700 North Central Ave.  Suite 1130
Phoenix, AZ. 85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

1  permitting John A. O'Neill and Petersen Johnson, P.C., to withdraw as attorneys record for

2  Plaintiff Barbara Jean Rose in this matter.

3      All future pleadings and correspondence in this matter should be sent to Plaintiff at

4  the following address:

5      **Barbara Jean Rose, P.O. Box 26791, Phoenix, AZ 85068, (602) 317-7000.**

6  **RESPECTFULLY SUBMITTED** this _25th_ day of May 2012.

7

8                          **PETERSEN JOHNSON, P.C.**

9

10                         By _John A. O'Neill_
                              John A. O'Neill
                              Attorneys for Plaintiff

11

12

13  **ORIGINAL** of the foregoing e-filed
    this _25th_ day of May 2012 with:

14  Clerk of the Court
    Maricopa County Superior Court
15  201 West Jefferson Street
    Phoenix, AZ 85003

16

17  **COPIES** of the foregoing mailed
    this _25th_ day of May 2012 to:

18

19  Amanda C. Sheridan
    Snell & Wilmer
    One Arizona Center
20  400 East Van Buren Street
    Phoenix, AZ 85004
21  Attorneys for Defendants

22  Michael D. Williams, JD, CPA
    14350 North Frank Lloyd Wright Blvd, Suite 1
23  Scottsdale, AZ 85260-8843
    Arbitrator

24

25  Barbara Jean Rose
    P.O. Box 26791
26  Phoenix, AZ 85068
    Plaintiff

27

28  By _Luisa E. Unger_
        Luisa E. Unger

                                    - 2 -

Petersen Johnson

2700 North Central Ave.  Suite 1130    Phoenix, AZ  85004-1151
(602) 650-1200  (602) 650-1166 (FAX)

Snell & Wilmer L.L.P.

# EXHIBIT 13



1  Bradley W. Petersen (#019943)
2  Amanda C. Sheridan (#027360)
   docket@swlaw.com
3  SNELL & WILMER L.L.P.
   One Arizona Center
   400 E. Van Buren
4  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
5  Attorneys for Defendant
     ADESA PHOENIX, LLC
6

7

8              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

9                IN AND FOR THE COUNTY OF MARICOPA

10 BARBARA JEAN ROSE, a single woman,

11              Plaintiff,                    No. CV2012-006288

12 v.                                         **NOTICE OF REMOVED ACTION**

13 ADESA PHOENIX, LLC, a foreign LLC;         (The Honorable Judge Oberbillig)
   JOHN DOES and JANE DOES I-V; ABC
14 CORPORATIONS and/or
   PARTNERSHIPS I-V, fictitious entities,
15
                Defendants.
16

17

18         Defendant ADESA Phoenix, LLC, pursuant to 28 U.S.C. § 1446(d), gives notice of

19 removal of this action from the Superior Court of Arizona, Maricopa County to the United

20 States District Court, District of Arizona.   A copy of the Notice to the United States

21 District Court is enclosed herewith.   Pursuant to 28 U.S.C. § 1446(d), this Court shall

22 proceed no further with this action.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

DATED this 13th day of June, 2012.

SNELL & WILMER L.L.P.

By /s/ Amanda C. Sheridan
Bradley W. Petersen
Amanda C. Sheridan
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Defendant
ADESA PHOENIX, LLC

**ORIGINAL** of the foregoing filed with the Court
this 13th day of June, 2012;

**COPIES** of the foregoing mailed
This 13th day of June, 2012 to:

John A. O'Neill
PETERSON JOHNSON, P.C.
2700 North Central Avenue, Suite 1130
Phoenix, Arizona 85004

/s/ Katherine Hommel

14855670.1

- 2 -